

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br><br>Gerardo BALDERAS-Velazquez,<br><br>Defendant. | Magistrate Docket No. '22 MJ00173<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Attempted Entry After Deportation |

The undersigned complainant being, duly sworn, states:

On or about January 16, 2022 within the Southern District of California, defendant, Gerardo BALDERAS-Velazquez, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Ysidro, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JANUARY 18, 2022.

HON. DANIEL E. BUTCHER
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Gerardo BALDERAS-Velazquez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 16, 2022, Supervisory Border Patrol Agent I. Diaz was conducting his assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 6:45 PM, Agent Diaz who was operating a Forward Looking Infrared device, observed several individuals running across the United States/Mexico International Boundary near an area known to Border Patrol agents as "Well Draw." Agent Diaz responded to the area and discovered shoe prints, which he followed until encountering 10 individuals attempting to conceal themselves in a bush. This area is approximately 3.7 miles east of the Otay Mesa, California Port of Entry and approximately 150 yards north of the United States/Mexico International Boundary. Agent Diaz identified himself as a Border Patrol Agent and conducted an immigration inspection. All 10 individuals, including one later identified as defendant Gerardo BALDERAS-Velazquez, stated that they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. At approximately 7:30 PM, Agent Diaz placed all 10 individuals, including BALDERAS, under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. A comparison of the defendant's criminal record and current fingerprints were used to determine the defendant's record. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on July 5, 2017, through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on January 17, 2022 at 10:21 AM.**

Joshua M. Johnson
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 16, 2022, in violation of 8 USC 1326.

HON. DANIEL E. BUTCHER
United States Magistrate Judge

3:14 PM, Jan 17, 2022
Date/Time